# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-00800JVS(DFMx)<br>SACV 21-00801JVS(DFMx) | Date | October 28, 2022 |
| Title | James Kilroy v County of Orange, et al<br>Anthony Powell v County of Orange, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Richard Hermann | Amanda Peterson<br>Zachary Schwartz |

**Proceedings:** Pretrial Conference (Kilroy)
1. County of Orange MIL #1 to Exclude Evidence of Other Searches, Claims, Lawsuits or Jury Verdicts
2. County of Orance MIL #2 to Exclude Evidence and Testimony of the Damages Suffered by Plaintiff
Status Conference (Powell)

Cause is called for hearing and counsel make their appearances on the Powell Matter. Motions in limine are argued and ruled on as reflected in a separate minute order to issue this date.

This trial shall trail behind the case set for trial on November 15, 2022 (SACV 20-1143). The Clerk will advise counsel on what day this matter shall begin.

On the Powell matter, counsel for the plaintiff shall advise the clerk when plaintiff shall appear before the Court re his failure to appear at the 10/19/22 trial.

21-800 - 20 min
21-801 - 5 min

: 25

Initials of Preparer  lmb