**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

ANTHONY POWELL,

Plaintiff,

v.

COUNTY OF ORANGE, a Governmental Entity; SHERIFF DON BARNES, Individually and DEPUTY THOMAS, Individually and DOES 1-50,

Defendants.

Case No.: 8:21-cv-00801-JVS (DFMx)
Assigned to: Hon. James V. Selna
Crt. Rm: 10C
Magistrate: Douglas F. McCormick
Crt. Rm: 6B

**FINAL JUDGMENT**

Action Date: 4/30/21
Trial Date: 12/13/22

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff ANTHONY POWELL'S ("PLAINTIFF") action against Defendant DEPUTY THOMAS (hereinafter "DEPUTY DANIEL THOMAS") pursuant to 42 U.S.C. § 1983 for violation of his Fourth and Fourteenth Amendment rights based upon claimed sexual assault during a search came to trial before this Court beginning on December 13, 2022 and continuing to and ending on December 15, 2022.

All of PLAINTIFF'S other claims against DEPUTY DANIEL THOMAS have been previously adjudicated in DEPUTY DANIEL THOMAS' favor. This Court granted DEPUTY DANIEL THOMAS partial summary judgment as to all other claims other than violation of the Fourth and Fourteenth Amendment. (ECF # 56, Order re Summary Judgment.) All of PLAINTIFF'S claims against Defendant COUNTY OF ORANGE were previously adjudicated in favor of the COUNTY OF ORANGE. The Court previously granted Defendant COUNTY OF ORANGE summary judgment on August 9, 2022. (ECF # 56.)

On December 15, 2022, the jury returned a special verdict, signed by the presiding juror, to the Court in favor of Defendant DEPUTY DANIEL THOMAS with its verdict on liability (see ECF # 91) as follows:

We, the jury, answer the questions submitted to us as follows:

1. Did DEFENDANT DEPUTY DANIEL THOMAS painfully squeeze the testicles of and/or insert his finger into the anus of PLAINTIFF ANTHONY POWELL?

_______ Yes or __X__ No

/ / /

/ / /

/ / /

/ / /

2. Was DEFENDANT DEPUTY DANIEL THOMAS' search of

PLAINTIFF ANTHONY POWELL unreasonable in violation of the Fourth Amendment?

_______ Yes or __X__ No

3. Did DEFENDANT DEPUTY DANIEL THOMAS conduct a search of PLAINTIFF ANTHONY POWELL with the intent to receive sexual gratification or to humiliate, degrade or demean PLAINTIFF ANTHONY POWELL in violation of the Fourteenth Amendment?

_______ Yes or __X__ No

If you answered Questions No. 1, 2, or 3 "Yes," please answer the next question. Otherwise, skip to the end and sign and date the verdict

4. What are PLAINTIFF ANTHONY POWELL's damages, if any?

Total Damages: $ __________

5. Was DEFENDANT DEPUTY DANIEL THOMAS' conduct malicious, oppressive or in reckless disregard of the plaintiff's rights entitling Plaintiff to punitive damages?

_______ Yes or _______ No

Signed: ___/s/______________________

Presiding Juror

Dated: 12/15/2022

/ / /

/ / /

THEREFORE, IT IS ORDERED AND ADJUDGED that Judgment be entered

in favor of Defendants COUNTY OF ORANGE and DEPUTY DANIEL THOMAS and against PLAINTIFF ANTHONY POWELL.

Defendants DEPUTY DANIEL THOMAS and COUNTY OF ORANGE are the prevailing parties under Federal Rule of Civil Procedure 54(d)(1) and may pursue recovery of their costs incurred in this action in accordance with said Rule and Local Rules of this Court. This judgment may be amended to include any costs and other litigation expenses awarded to DEPUTY DANIEL THOMAS and COUNTY OF ORANGE by the Court.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 12/29/2022

James V. Selna

The Honorable James V. Selna
*Judge of the United States District Court*